UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CONSTANCE E. HADDAD,

              Plaintiff,                          HONORABLE PAUL L. MALONEY

v.                                          Case No. 1:09-cv-1023

MICHIGAN NATIONAL BANK,

              Defendant.
_____/


## ORDER OF RECUSAL


I must recuse myself from this matter under 28 U.S.C. § 455(a) and (b)(5) from

further participation in this case due to a conflict. Pursuant to Administrative Order 07-193, the

Clerk of Court shall reassign this case to another District Judge in accordance with the approved

procedure.

              **IT IS SO ORDERED**.


Date: November 18, 2009                     _/s/ Paul L. Maloney_____
                                           Paul L. Maloney
                                         Chief United States District Judge